DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

BANKING COMM. v. BANK

No. 91 PC.

Case below: 14 N.C. App. 283.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.

GADDY v. GADDY

No. 89 PC.

Case below: 14 N.C. App. 226.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.

GALLIGAN v. SMITH

No. 101 PC.

Case below: 14 N.C. App. 220.

Petition for writ of certiorari to North Carolina Court of Appeals denied 16 June 1972.

ORANGE COUNTY v. HEATH

No. 71 PC.

Case below: 14 N.C. App. 44.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 13 June 1972.

STATE v. ABLE

No. 108 PC.

Case below: 13 N.C. App. 365.

Petition for writ of certiorari to North Carolina Court of Appeals denied 16 June 1972.